

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 19, 2013

By Email
Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    **Partial Unsealing of Sealed Indictment**

Dear Judge Francis:

    On December 19, 2013, that is, today, Indictment S1 13 Cr. 950 (the "Indictment") was returned by the grand jury and filed under seal. Later in the day, two of the defendants named in the Indictment were arrested. Accordingly, the Government respectfully requests that the Indictment be unsealed.

    Respectfully,

    PREET BHARARA
    United States Attorney

By: _/s/ Serrin Turner_
    Serrin Turner
    Assistant United States Attorney
    (212) 637-1946

SO ORDERED
this 19th day of December 2013

_/s/ James L. Cott_
HON. JAMES L. COTT
United States Magistrate Judge

wheel B

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-13
```