# Silk Road
*anonymous market*


a few words from
the Dread Pirate Roberts

messages 0 | orders 0 | account ฿0.0000

Search [_____] Go

Hi, **FBINY**
logout

🛒 0

**Shop by Category**

Drugs 13,802
  Cannabis 2,906
  Dissociatives 203
  Ecstasy 1,304
  Intoxicants 71
  Opioids 365
  Other 82
  Precursors 62
  Prescription 4,650
  Psychedelics 1,746
  Stimulants 1,644
  Tobacco 218
Apparel 753
Art 14
Books 1,322
Collectibles 26
Computer equipment 100
Custom Orders 87
Digital goods 892
Drug paraphernalia 496
Electronics 239
Erotica 584
Fireworks 34
Food 13
Forgeries 156
Hardware 35
Home & Garden 28
Jewelry 104
Lab Supplies 30
Lotteries & games 169
Medical 56
Money 269
Musical instruments 7
Packaging 91
Services 171
Sporting goods 3
Tickets 4
Writing 7


White DMT crystals 200 mg
฿0.2424


1G Mephedrone 4-MMC, 4-Methylmethcathinone 99.8%
฿0.2243


French Seller Pure HC Flake Cocaine 0.5 Gr (500mg)
฿0.7216


~ 100% pure MDMA capsules (x4) ~
฿0.5506


Tramadol generic 100mg 100 count
฿0.4585

Anavar 100 tabs @ 20mg
฿0.9830


Sildenafil Citrate 25g. - - - - - - ♛ From EU ♛
฿0.6572


❀ Modafinil 200mg 100 pills Tracking + Free ship ❀
฿0.7121


500mg NN-DMT - High Quality Wash!
฿0.5346


1 gr of AFGHAN OPIUM, Limited Stock.
฿0.5835


3.5g DMT - Majestic and High quality!
฿4.7925


MDMA Lowest Price Grams
฿0.4182

**From the forum**

- DPR's Book Club: Cast your vote!
- Feedback system changes
- HOW TO: Run your own relay and help the Tor network!
- Ask a drug expert physician about drugs and health
- Winning the war on drugs

฿1 = ฿1.0000

community forums | wiki | support