

**Silk Road**
*anonymous market*

Shop by **Category**

messages **38**    orders **0**    account ฿**0.0020** *$0.19*

Search [        ] Go



a few words from
the Dread Pirate Roberts

Hi, **Libertas**
*logout*

**0**

Follow the steps below to get the help you need

**Step 1: Look for your question in the FAQ**

We are continually updating our FAQ with clear answers to the most common questons that arise when using Silk Road. 99% of problems can be solved by reading the FAQ.

click here for the Silk Road FAQ

**Step 2: Search the forum**

If you can't find the solution you need in the FAQ, it may be an issue that hasn't made it there yet. The most up to date (but not always 100% accurate) information can be found on the forums.

**Step 3: Post your question in the customer support section of the forum**

If you still cannot find the answers you are looking for, you may register an account on the forum and start a thread describing your unique situation. One of our forum moderators or senior members will be there to guide you, usually responding within 24 hours.

**Step 4: Open a support ticket**

If all else fails, you can message support as a last resort and an administrator will take care of you personally. Support tickets should only be used when absolutely necessary.

Contact customer support

*฿1 = $93.47*    community forums | wiki | support