SELECTED PRIVATE MESSAGES SENT
FROM NASH ("SAMESAMEBUTDIFFERENT") TO ULBRICHT ("DREAD PIRATE ROBERTS")
CONCERNING SUSPECTED LAW ENFORCEMENT ACTIVITY RELATING TO SILK ROAD

| Date | From | To | Subject | Message |
|---|---|---|---|---|
| 2/21/2013 | samesamebutdifferent | Dread Pirate Roberts and other Silk Road staff | HEATfan - DEA? | Please check out member HEATfan their global link on their forum profile links them to the DEA, I've checked it out and it's rea[l] and I also sent a PM to them telling him I am aware of this.  A concerned vendor alerted me to the issue, thought I should let you know too.  ssbd |
| 4/22/2013 | samesamebutdifferent | Dread Pirate Roberts and other Silk Road staff | DEA Diversion office | So I know scout brought this up the other day, there is someone claiming they were contacted by the DEA on the market site claiming they had their real IP [address], the link to the thread is below . . . . |
| 5/28/2013 | samesamebutdifferent | Dread Pirate Roberts and other Silk Road staff | Re: LE in control of a vendor account | [quoted message]  I just received this message from someone claiming that vendor J4y's account has been taken over by LE [law enforcement] and is being used to bust 3 vendors who purchased from them in bulk.  Accounts are not deleted, I know, but I wanted to pass this along just to be safe in case it needed to be looked into at all. |
| 7/11/2013 | samesamebutdifferent | Dread Pirate Roberts and other Silk Road staff | Vendor busts | Hey guys . . . You probably already know but there is a lot of chatter on the forums regarding some busts in Germany, may be vendor AfterHour.  If they are cooperating you may want to lock them out of their accounts, anyway probably a case of closing the stable door after the horse has bolted but thought I should mention it anyway.  ssbd |

| 9/16/2013 | samesamebutdifferent | Dread Pirate Roberts and other Silk Road staff | WhiteDreams Vendor | WhiteDreams has deleted their forum account, their market site account is still up though and still active. [link to account] This might be linked to them: http://www.ticotimes.net/More-news/News-Briefs/Costa-Rica-cops-dismantle-drug-smuggling-ring-that-used-local-postalservice_Wednesday-August-28-2013. You might want to look into things a bit deeper with a view to pulling the plug on their account until they can verify they are in control of their account or not. . . . |