# BLOCKCHAIN info

Home    Charts    Stats    Markets    API    Wallet

# Transaction   View information about a bitcoin transaction

7fe11b42f47ac3fa64549fc2823c023e6d8ebe1aeb8e763482cf523084579ee5

17U2dE3Lt1QXm3Lh8Fs4GAyDN1PRga7RdA        15VnsUCGgfrxkZ6cjMNNrg6Awivtaq59Go    0.0218 BTC
1KPaEpR7bPKxVeYD4JbuUyfWuPMMgB9DMh    0.978 BTC

**1 Confirmations**   **0.9998 BTC**

| Summary | | Inputs and Outputs | |
|---|---|---|---|
| Size | 226 (bytes) | Total Input | 1 BTC |
| Received Time | 2014-10-21 15:59:35 | Total Output | 0.9998 BTC |
| Included In Blocks | 326322 (2014-10-21 16:00:34 +1 minutes) | Fees | 0.0002 BTC |
| Confirmations | 1 Confirmations | Estimated BTC Transacted | 0.0218 BTC |
| Relayed by IP | 81.31.35.105 (whois) | Scripts | Show scripts & coinbase |
| Visualize | View Tree Chart | | |